Aaron M. McKown (Cal. Bar No. 208781)
aaron.mckown@bryancave.com
James Litwinovich (Cal. Bar No. 265641)
james.litwinovich@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Defendants
BANK OF AMERICA, N.A. and
SRA ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ESPINOZA, an individual; and ROSALBA ESPINOZA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a North Carolina corporation; and SRA ASSOCIATES, INC., a New Jersey corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. **'11CV0894 JLS POR**<br><br>(San Diego Superior Court Case No. 37-2011-00076008)<br><br>**NOTICE OF RELATED CASES**<br><br>**[L.R. 40.1(e)]**<br><br>Complaint Filed: March 21, 2011 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Defendants Bank of America, N.A. ("BANA") and SRA Associates, Inc. (collective "Defendants") submit this Notice of Related Cases pursuant to Local Rule 40.1(e).

As of the date of filing this Notice, Defendants are not aware of any cases previously filed or currently pending before this Court which appear to arise from the same or substantially identical transactions, happenings or events as the above-captioned matter; or which call for determination of the same or substantially identical questions of law and fact; or are likely for other reasons to entail substantial duplication of labor if heard by different judges.

Dated: April 27, 2011

Aaron M. McKown
James Litwinovich
**BRYAN CAVE LLP**

By: /s/ James Litwinovich
Attorneys for Defendants
BANK OF AMERICA, N.A. and SRA ASSOCIATES, INC.

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: kimm.kitchen@bryancave.com.

On April 27, 2011, I served the following document(s) described as:

**NOTICE OF RELATED CASES**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Andrew R. Stillwell, Esq. | *Attorneys for Plaintiffs* |
| Michael H. Weiner, Esq. | *Gonzalo and Rosalba Espinoza* |
| Stillwell & Associates, Inc. | Phone: (619) 434-0952 |
| 4669 Murphy Canyon Road, Suite 200 | Fax: (858) 715-3977 |
| San Diego, CA 92123 | E-mail: |

[ ] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[X] **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 27, 2011, at Irvine, California.

*Kimberly Kitchen Reyes*