AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gonzalo Espinoza; Rosalba Espinoza

V.

Bank of America, N.A.; SRA Associates, Inc.; and Does 1-20, inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11cv894-IEG(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Defendants' motion to dismiss Plaintiffs' first amended complaint and **DISMISSES WITH PREJUDICE** Plaintiffs' claims. Case is closed……………………………………….

| October 14, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ J. Haslam
(By) Deputy Clerk

ENTERED ON October 14, 2011

11cv894-IEG(CAB)